AUG - 5 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR2564-BEN |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 18, U.S.C., Section 1001- False Statement to a Federal |
| RAMON RIVERA-CARDENAS, ) aka Ramon Cardenas-Rivera, ) | Officer (Felony) |
| Defendant. ) | |

The United States Attorney charges:

On or about July 9, 2008, within the Southern District of California, defendant RAMON RIVERA-CARDENAS, aka Ramon Cardenas-Rivera, in a matter within the jurisdiction of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to a Department of Homeland Security, Customs and Border Protection Officer, that his name was Carlos Ponce, whereas in truth and fact, as defendant then and there well knew that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: 8/5/08.

KAREN P. HEWITT
United States Attorney

CALEB E. MASON
Assistant U.S. Attorney

CEM:lml:7/14/08