1AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED

AUG - 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| RAMON RIVERA-CARDENAS<br>aka Ramon Cardenas-Rivera | CASE NUMBER: 08CR 2564-BEN |

I, <u>RAMON RIVERA-CARDENAS, aka Ramon Cardenas-Rivera</u>, the above named defendant, who is accused of violating Title 18, U.S.C., Sec., 1001 - False Statement to a Federal Officer (Felony), being advised of the nature of the charge(s), the proposed information and of my rights, hereby waive in open court on __8/5/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

RAMON RIVERA-CARDENAS
aka Ramon Cardenas-Rivera
Defendant

ROBERT R. HENSSLER
Counsel for Defendant

Before _____
     JUDICIAL OFFICER

CEM:lml:7/14/08